大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

• •  **Salans FMC SNR Denton McKenna Long**
dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020
```

June 22, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

Re:   *Guglielmo v. Connexity Inc.*: Case No. 1:20-cv-826-AJN

Dear Judge Nathan:

We represent defendant Connexity Inc. ("Defendant") in the above-referenced matter. Together with Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation and use of judicial resources. Once these efforts are complete, the parties promptly will file a stipulation of voluntary dismissal.

We thank the Court for its courtesies and consideration.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

> The request for a 45-day stay is hereby granted.  The initial pre-trial conference currently scheduled for July 10, 2020 is adjourned *sine die*.  At the expiration of the stay, the parties should file a joint status update if they have not already filed a stipulation of voluntary dismissal. SO ORDERED.

SO ORDERED.    6/24/20

*[signature]*

Alison J. Nathan, U.S.D.J.